### FRAZIER v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

MATHEWS & MATHEWS, for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No bill of exceptions and no error of record. Affirmed.

---

### GIBSON v. MOSELY, HENDERSON & DAVIS REALTY CO.

(Decided November 28, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

J. H. WARD, for appellant. No counsel marked for appellee.

Per curiam. Appeal dismissed by appellant.

---

### GIBSON v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Coffee Circuit Court.

Heard before Hon. A. B. FOSTER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BRICKEN, J.—No bill of exceptions and no error of record. Affirmed.

---

### GRATEHOUSE v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Cleburne Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.